IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE PITZER, | ) | |
| | ) | Civil Action No. 04-1713 |
| Plaintiff, | ) | |
| | ) | Judge Lancaster |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, Postmaster General, | ) | Electronically Filed |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 3rd day of Feb_____, 2006, it is hereby **ORDERED** that the above-captioned case is dismissed with prejudice. This case is now **CLOSED**.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE